Certificate Number: 17082-PAW-DE-034548525

Bankruptcy Case Number: 16-11099



17082-PAW-DE-034548525

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 10, 2020, at 2:39 o'clock PM MST, MICHELLE L CONBOY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 10, 2020              By:    /s/Orsolya K Lazar

                                   Name:  Orsolya K Lazar

                                   Title: Executive Director