**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MICHELLE L. CONBOY | Case No. 16-11099TPA |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>PA DEPARTMENT OF REVENUE* | Document No __ |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

NO EXPLANATION FOR THE REFUND WAS GIVEN. NO AMENED CLAIM WAS FILED.

| | |
|---|---|
| PA DEPARTMENT OF REVENUE*<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Court claim# 1/Trustee CID# 12 |

The Movant further certifies that on 01/12/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| MICHELLE L. CONBOY, 4024 CALICO DR., ERIE, PA  16506 | REBEKA A SEELINGER ESQ, 4640 WOLF RD, ERIE, PA  16505 |
| ORIGINAL CREDITOR: | ORIGINAL CREDITOR'S COUNSEL: |
| PA DEPARTMENT OF REVENUE*, BUR OF COMPL SECT-DEPT 280946, STRAWBERRY SQ, HARRISBURG, PA  17128 | COMMONWEALTH OF PENNSYLVANIA**, OFC OF THE ATTORNEY GENERAL (PA REV NTCS), 1251 WATERFRONT PL, MEZZANINE LEVEL, PITTSBURGH, PA  15222 |
| NEW CREDITOR: | |