# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 16-11099-TPA** |
| | : | |
| **Michelle L Conboy** | : | **Chapter 13** |
| **dba The Lunchbox Express** | : | |
| *Debtor* | : | |
| | : | **Related to Claim No. 4** |
| | : | |
| **Federal Home Loan Mortgage** | : | |
| **Corporation, as Trustee for the** | : | |
| **Benefit of the Freddie Mac** | : | |
| **Seasoned Loans Structured** | : | **Document No.** |
| **Trust, Series 2019-3,** | : | |
| *Movant* | : | |
| | : | |
| | : | |
| **V.** | : | |
| | : | |
| **Michelle L Conboy and** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## **DECLARATION**

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Federal Home Loan MortgageCorporation, as Trustee for the Benefit of the Freddie Mac Seasoned Loans Structured Trust, Series 2019-3,** *at Claim No. 4* in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely $759.89 effective 04/01/2021.

Dated:  March 11, 2021

　　　　　　　　　　　　　　　　By　　　/s/ Rebeka A. Seelinger  Esquire
　　　　　　　　　　　　　　　　　　　　Rebeka A. Seelinger, Esquire
　　　　　　　　　　　　　　　　　　　　Pa. I.D. #93897
　　　　　　　　　　　　　　　　　　　　4640 Wolf Rd
　　　　　　　　　　　　　　　　　　　　Erie, PA 16505
　　　　　　　　　　　　　　　　　　　　(814)-824-6670
　　　　　　　　　　　　　　　　　　　　 E-Mail: rebeka@seelingerlaw.com