**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/5/21 10:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  MICHELLE L. CONBOY

         Debtor(s)
Ronda J. Winnecour, Trustee
  Movant
    vs.
MICHELLE L. CONBOY

       Respondents

Case No. 16-11099TPA

Chapter 13

Document No. 136

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __5th__ day of __May__, 20_21_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Haysite Reinforced Plastics
Attn: Payroll Manager
5599 New Perry Hwy
Erie, PA 16509

is hereby ordered to immediately terminate the attachment of the wages of MICHELLE L. CONBOY, social security number XXX-XX-7644. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MICHELLE L. CONBOY.

BY THE COURT:

_____
**ljm**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-11099-TPA |
| Michelle L. Conboy | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: nsha | Page 1 of 2 |
| Date Rcvd: May 05, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2021:**

**Recip ID        Recipient Name and Address**
db            + Michelle L. Conboy, 4024 Calico Dr., Erie, PA 16506-4452

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2021            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2021 at the address(es) listed below:**

**Name            Email Address**

Brian Nicholas
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bnicholas@kmllawgroup.com

Jeremy J. Kobeski
    on behalf of Creditor Wells Fargo Bank  N.A. pawb@fedphe.com, mcupec@grenenbirsic.com

Jerome B. Blank
    on behalf of Creditor Wells Fargo Bank  N.A. pawb@fedphe.com

Joseph Jasper Swartz
    on behalf of Creditor Pa Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
    on behalf of Debtor Michelle L. Conboy rebeka@seelingerlaw.com

District/off: 0315-1     User: nsha     Page 2 of 2

Date Rcvd: May 05, 2021     Form ID: pdf900     Total Noticed: 1

Ronda J. Winnecour
                          cmecf@chapter13trusteewdpa.com

TOTAL: 7