**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHELLE L. CONBOY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>       Movant<br>        vs.<br>No Respondents. | Case No.:16-11099 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

 1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

 2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

 3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

 1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
 2. Approve the Trustee's Report of Receipts and Disbursements,
 3. Terminate wage attachments,
 4. Revest property of the estate in the debtor(s), and
 5. Enter a final decree and close this case.

June 25, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/14/2016 and confirmed on 1/18/17 . The case was subsequently      Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 88,023.90 |
| Less Refunds to Debtor | 184.48 | |
| TOTAL AMOUNT OF PLAN FUND | | 87,839.42 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 9,580.00 | |
|    Trustee Fee | 4,375.32 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13,955.32 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5069 | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP | 4,049.60 | 4,049.60 | 0.00 | 4,049.60 |
|     Acct: 5069 | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP | 0.00 | 38,643.76 | 0.00 | 38,643.76 |
|     Acct: 5069 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6167 | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5069 | | | | |
|   MILLCREEK TOWNSHIP WATER AUTHOR | 111.29 | 111.29 | 13.30 | 124.59 |
|     Acct: 4024 | | | | |
|   MILLCREEK TOWNSHIP STREETLIGHT AS | 122.45 | 122.45 | 16.32 | 138.77 |
|     Acct: 7017 | | | | |
|   PNC BANK NA | 2,676.92 | 2,676.92 | 0.00 | 2,676.92 |
|     Acct: 6167 | | | | |
| | | | | 45,633.64 |
| **Priority** | | | | |
|   REBEKA A SEELINGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHELLE L. CONBOY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHELLE L. CONBOY | 184.48 | 184.48 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEELINGER LAW CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBEKA A SEELINGER ESQ | 4,180.00 | 4,180.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBEKA A SEELINGER ESQ | 5,400.00 | 5,400.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX7-17 | | | | |
|   PA DEPARTMENT OF REVENUE* | 5,901.96 | 5,901.96 | 0.00 | 5,901.96 |
|     Acct: 7644 | | | | |
| | | | | 5,901.96 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     MAIN STREET ACQUISITIONS CORP | 19,320.23 | 19,320.23 | 0.00 | 19,320.23 |
|       Acct: 7325 | | | | |
|     AR RESOURCES INC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 4019 | | | | |
|     CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 3358 | | | | |
|     FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 6364 | | | | |
|     TRIDENT ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 3065 | | | | |
|     PA DEPARTMENT OF REVENUE* | 3,028.27 | 3,028.27 | 0.00 | 3,028.27 |
|       Acct: 7644 | | | | |
|     GORDON & WEINBERG PC** | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     ORION | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     BONIAL & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
| | | | | 22,348.50 |

TOTAL PAID TO CREDITORS                                                          73,884.10

TOTAL CLAIMED
PRIORITY         5,901.96
SECURED          6,960.26
UNSECURED       22,348.50

Date: 06/25/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　MICHELLE L. CONBOY<br><br>　　　　　Debtor(s)<br><br>　　Ronda J. Winnecour<br>　　　　　　Movant<br>　　　　vs.<br>　　No Repondents. | Case No.:16-11099 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.


　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 16-11099-TPA

Michelle L. Conboy                                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1               User: lmar               Page 1 of 2
Date Rcvd: Jun 28, 2021            Form ID: pdf900          Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle L. Conboy, 4024 Calico Dr., Erie, PA 16506-4452 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14321860 | + | Ar Resources Inc, Bankruptcy, Po Box 1056, Blue Bell, PA 19422-0287 |
| 14321861 | + | Creditech/Cbalv, Attn:Collections, Po Box 99, Bangor, PA 18013-0099 |
| 15183859 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14321863 | + | Gordon & Weinberg P.C., 1001 E Hector Street, Suite 220, Conshohocken, PA 19428-2395 |
| 14321864 | + | Main Street Acquisition Corp, PO Box 2529, Suwanee, GA 30024-0982 |
| 14363547 | | Main Street Acquisition Corp., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14990630 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14321868 | + | Trident Asset Management, Po Box 888424, Atlanta, GA 30356-0424 |
| 14745413 | # | WELLS FARGO BANK, N.A., DEFAULT DOCUMENT PROCESSING, MAC#N9286-01Y, 1000 BLUE GENTIAN ROAD, EAGAN, MN 55121-7700 |
| 14345387 | # | Wells Fargo Bank, N.A., Default Document Processing N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 14321869 | | Wells Fargo Home Mortage, Written Correspondence Resolutions, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14321862 | | Email/Text: jill@ffcc.com | Jun 28 2021 23:26:00 | First Federal Credit & Collections, 24700 Chagrin Blvd, Suite 205, Cleveland, OH 44122 |
| 14321865 | + | Email/Text: gailj@millcreektownship.com | Jun 28 2021 23:27:00 | Millcreek Township, ATTN: Gail Jares, 3608 W 26th St, Erie, PA 16506-2059 |
| 14321866 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 28 2021 23:26:00 | PA Department of Revenue, Bureau of Business Trust Fund Taxes, Department 280904, Harrisburg, PA 17128-0001 |
| 14321867 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2021 23:26:00 | Pnc Bank, Na, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14325590 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 28 2021 23:31:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14332085 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 28 2021 23:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0315-1 | User: lmar | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 28, 2021 | Form ID: pdf900 | Total Noticed: 21 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | Pa Dept of Revenue |
| cr | | Wells Fargo Bank, N.A. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bnicholas@kmllawgroup.com |
| Jeremy J. Kobeski | on behalf of Creditor Wells Fargo Bank N.A. pawb@fedphe.com, mcupec@grenenbirsic.com |
| Jerome B. Blank | on behalf of Creditor Wells Fargo Bank N.A. pawb@fedphe.com |
| Joseph Jasper Swartz | on behalf of Creditor Pa Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Michelle L. Conboy rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7